No. 04–324. BROWN *v.* SNOW, SECRETARY OF THE TREASURY, ET AL. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮ ▮▮▮▮▮

No. 04–336. CRETU *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮ ▮▮

No. 04–341. ZOELLICK *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. ▮▮▮▮▮

No. 04–352. GIUTTARI *v.* AMERICAN HOME PRODUCTS CORP. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–353. KELLY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–363. CRUZ-VARGAS ET AL. *v.* R. J. REYNOLDS TOBACCO CO. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮ ▮▮

No. 04–369. RENDALL ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮ ▮▮

No. 04–370. MURRAY HILL PUBLICATIONS, INC. *v.* TWENTIETH CENTURY FOX FILM CORP. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮

No. 04–371. JAMES *v.* BOOZ-ALLEN & HAMILTON, INC. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮

No. 04–372. CORRIGAN *v.* DOLLAR. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮

No. 04–380. KEVORKIAN *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–387. MORRISON *v.* CSX TRANSPORTATION, INC. Cir. Ct. Ohio County, W. Va. Certiorari denied.

No. 04–391. SARDANA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮

No. 04–393. ASCHEIM *v.* JUG ET AL. C. A. 3d Cir. Certiorari denied.